# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>COLLATERAL FORFEITURE SCHEDULE - FEDERAL PROTECTIVE SERVICE | 2:25-mc-00079-DGE<br><br>ORDER ADOPTING COLLATERAL FORFEITURE SCHEDULE - FEDERAL PROTECTIVE SERVICE |

    Upon motion of the United States seeking approval of a revised schedule of collateral subject to forfeiture in relation to petty offenses and misdemeanors prosecuted by citation or violation notice, affecting conduct on federal properties administered by the Department of Homeland Security, Federal Protective Service,

    IT IS ORDERED that said Motion is granted and the Collateral Forfeiture Schedule, which is attached hereto as Exhibit A, is adopted. This schedule shall supersede all previous schedules relating to listed offenses committed on federal

property administered by the Department of Homeland Security, Federal Protective Service, located within the jurisdiction of the Western District of Washington. The Clerk of Court is directed to make this schedule available for public inspection at the courthouses in the Western District of Washington.

DATED this 12th day of November, 2025.

David G. Estudillo
Chief United States District Judge

| CFR Title 6 - GSA Public Buildings & Property |||
|---|---|---|
| **DHS/FPS ONLY** |||
| **Citation** | **Offense** | **Bail** |
| *30 days/ $5,000 fine/ $5 S/A (Class B Misdemeanor)* |||
| 6 CFR 139.20(a) | Refusal to Permit Inspection | $100 |
| 6 CFR 139.25(a) | Littering | $150 |
| 6 CFR 139.25(b) | Damaging or Changing the Appearance of Federal Property less than $100 | $250 |
| 6 CFR 139.25(b) | Damaging or Changing the Appearance of Federal Property greater than $100 | Mandatory |
| 6 CFR 139.25(c) | Theft/Removal of Property -less than $100 | $250 |
| 6 CFR 139.25(c) | Theft/Removal of Property – greater than $100 | Mandatory |
| 6 CFR 139.25(d) | Creating a Hazard on Federal Property to Things | $200 |
| 6 CFR 139.25(d) | Creating a Hazard on Federal Property to Persons | $300 |
| 6 CFR 139.25(e) | Throwing Article from Federal Property | Mandatory |
| 6 CFR 139.25(f) | Climbing on any Statute, Fountain, or part of Federal Facility or Property | $300 |
| 6 CFR 139.25(g) | Parking, Using, Operating, Storing, or Locking any Vehicle or Personal Transportation Device on Federal Property | $150 |
| 6 CFR 139.30 | Failure to Comply with Signs | $200 |
| 6 CFR 139.30 | Failure to Comply with Directions of Security Personnel | Mandatory |
| 6 CFR 139.35(a) | Disorderly Conduct | Mandatory |
| 6 CFR 139.35(b) | Wearing a Mask, Disguise, etc. when Violating any Federal, State or Local Law | $200 |
| 6 CFR 139.35(c) | Creating a Loud or Unusual Noise or Noxious Odor | $350 |
| 6 CFR 139.35(d) | Obstructing the Use, Enjoyment or Access to Federal Building | Mandatory |
| 6 CFR 139.35(e) | Impedes or Disrupts the Performance of Official Duties of Federal Employees | $350 |
| 6 CFR 139.35(e) | Impedes or Disrupts the General Public from Obtaining Federal Services | Mandatory |
| 6 CFR 139.35(f) | Threatening By any Means to Commit any Crime of Violence | Mandatory |
| 6 CFR 139.35(g) | Bathing, Wading, or Swimming in or Polluting any Water Area | $100 |
| 6 CFR 139.35(h) | Camping | $250 |
| 6 CFR 139.35(i) | Trespassing, Entering, or Remaining in or upon Areas Closed to the Public | Mandatory |
| 6 CFR 139.35(j) | Consuming a Tobacco Product in all Interior Spaces or Within 25' of | $250 |
| 6 CFR 139.35(k) | Causing an Unmanned Aircraft or System to Take Off or Land on Federal Property | $250 |
| 6 CFR 139.35(l) | Using an Unmanned Aircraft or System to Cause Interference, Damage, Destructions, Harm or Hazard to Federal Property or Persons on the Property | Mandatory |
| 6 CFR 139.35(m) | Tampering with, Accessing, Damaging, or Interfering with the Operation of a Computer, Digital Network, Industrial Control System or Supervisory Control and Data Acquisition System | Mandatory |

| | | |
|---|---|---|
| 6 CFR 139.35(n) | Wear, Display Present, or Possess any Indicia of Law Enforcement or Security Authority when not an Authorized or Sworn Law Enforcement Officer | Mandatory |
| 6 CFR 139.40 | Gambling | $250 |
| 6 CFR 139.45(a) | Under the Influence of, Using, or Possessing or Operating a Vehicle while Under the Influence of any Controlled Substance | Mandatory |
| 6 CFR 139.45(b) | Possessing Drug Paraphernalia | $250 |
| 6 CFR 139.50 | Under the Influence of, Using, or Possessing Open Container of Alcohol | $200 |
| 6 CFR 139.50 | Operating a Vehicle While Under the Influence of Alcohol | Mandatory |
| 6 CFR 139.55 | Soliciting/Vending/Debt Collection | $200 |
| 6 CFR 139.60(1)(a) | Posting Materials within Federal Building | $100 |
| 6 CFR 139.60(1)(b) | Distribution of Free Tobacco Sample near/in Federal Building | $100 |
| 6 CFR 139.60(2) | Distribution of Materials within Federal Building without Permit | $100 |
| 6 CFR 139.65 | Photographs without Permission for News/Advertising/Commercial Purposes | Mandatory |
| 6 CFR 139.70(a)(1) | Careless Driving | $300 |
| 6 CFR 139.70(a)(2) | Doesn't Possess a Valid Driver's/Operator's License | $150 |
| 6 CFR 139.70(a)(3) | Failure to Comply with Signs & Directions of Law Enforcement or Security Personnel | Mandatory |
| 6 CFR 139.70(a)(4) | Failure to Comply with Traffic and Safety Signals and Signs | $200 |
| 6 CFR 139.70(b)(1) | Blocking Entrance/Driveway/Walkway/Loading Dock/Fire Hydrant | $150 |
| 6 CFR 139.70(b)(2) | Parking Improperly | $100 |
| 6 CFR 139.75(a) | Possession of Firearm or Dangerous Weapon | Mandatory |
| 6 CFR 139.75(b) | Possession of Explosives | Mandatory |
| 6 CFR 139.75(b) | Possession of Ammunition / OC Spray | $250 |
| 6 CFR 139.80 | Unauthorized Animals in or on Federal Property | $100 |
| | | |